

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

November 30, 2021

<u>Via ECF; Total Pages: 1</u>
Hon. Lorna G. Schofield, U.S.D.J.
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

> Defendants' request for an adjournment will be addressed once the parties file the initial conference materials, which are due no later than December 2, 2021, at noon.  So Ordered.
>
> Dated: November 30, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   Mejia et al v. Connies Deli Food Inc. et al
         Docket No.: 1:21-cv-08182-LGS

Dear Judge Schofield:

    This office represents Defendants in the above referenced matter. I respectfully request an adjournment of the Initial Conference currently scheduled for Thursday, December 9, 2021, at 10:50 a.m. I have a previously scheduled in-person settlement conference that cannot be rescheduled.

    I have conferred with Plaintiff's counsel, and they consent to this adjournment request. The parties submit December 23, December 27, and December 29 for the Court's consideration for rescheduling. This is the first request for an adjournment in this matter.

    Thank you for your consideration and kind courtesies in addressing this matter.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

MKC/hyw
cc: Jesse S. Barton, Esq