```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IRIS JANETH MEJIA,                                           :
                                      Plaintiff,             :
                                                             :      21 Civ. 8182 (LGS)
                 -against-                                   :
                                                             :           ORDER
CONNIES DELI FOOD INC., et al.,                              :
                                      Defendants.            :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 10 required the parties to file a joint letter and a proposed case management plan by December 2, 2021, at noon;

WHEREAS, the parties filed a proposed case management plan but did not file a joint letter.  It is hereby

**ORDERED** that by **December 6, 2021**, the parties shall file the joint letter in accordance with the instructions in the Order at Dkt. No. 10.

Dated:  December 2, 2021
        New York, New York

　　　　　　　　　　　　　　　　　　　　　　　LORNA G. SCHOFIELD
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE