UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRIS JANETH MEJIA,
                Plaintiff

    -against-

CONNIES DELI FOOD INC., et al.,
                Defendants.
------------------------------------------------------------X

21 Civ. 8182 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for December 9, 2021,

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the December 9, 2021, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that Defendants request to adjourn the initial pretrial conference is **denied as moot**.

**ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, the parties' request for a referral for mediation in the District's Mediation Program is **granted**. The referral will issue in a

separate order.

      The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

      The Clerk of Court is respectfully directed to close the motion at Dkt. No. 21.

Dated: December 3, 2021  
       New York, New York

                                          LORNA G. SCHOFIELD  
                                          UNITED STATES DISTRICT JUDGE