```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IRIS JANETH MEJIA,                                           :
                                    Plaintiff,               :
                                                             :       21 Civ. 8182 (LGS)
              -against-                                      :
                                                             :           ORDER
CONNIES DELI FOOD INC.., et al.,                             :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 2, 2022, the Court was informed that the parties have reached a settlement agreement. It is hereby

**ORDERED** that, by **March 11, 2022**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable).

Dated: February 3, 2022
       New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE