# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510 　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165 　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

jbarton@csm-legal.com

March 8, 2022

BY ECF
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

　　　　　Re:　Mejia et al v. Connies Deli Food Inc. et al
　　　　　　　　21-cv-08182-LGS

Dear Judge Schofield:

　　This office represents Plaintiff Iris Janeth Mejia in this action. We write with the consent of Defendants to respectfully request that the deadline to submit the settlement agreement in this action be extended from March 11, 2022 to April 1, 2022. This is the first such request for an extension of time.

　　The reason for the request is that the parties are in the process of finalizing the settlement agreement materials and need more time to review and execute the agreement. Accordingly, the parties respectfully request the Court to grant their application for an extension of time to submit the agreement for Court approval.

　　We thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Jesse Barton*
　　　　　　　　　　　　　　　　　　　Jesse Barton, Esq.
　　　　　　　　　　　　　　　　　　　CSM Legal, P.C.

Application GRANTED IN PART and DENIED IN PART. The parties' deadline to submit the settlement agreement and relevant papers is extended to **March 18, 2022**. The parties have already been permitted over one month to file the settlement agreement.

Dated: March 9, 2022
New York, New York

　　　　　　　　　　　　　LORNA G. SCHOFIELD
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE